# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Lydia A. Charles, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:19-cv-00454-RJC-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| United States Postal Service | ) | |
| Megan J. Brennan, | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 6, 2021 Text-Only Order.

December 6, 2021

Frank G. Johns, Clerk
United States District Court